AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel James FEARON<br><br>Defendant(s) | ) ) ) Case No. 2:19-mj-776<br>) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __09/24/2019__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Possession with intent to distribute MDMA |

This criminal complaint is based on these facts:
See attached affidavit, which is incorporated by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Lance Jardot, SA
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/25/2019

_____
Judge's signature

City and state: Columbus, Ohio

Kimberly A. Jolson, U.S. Magistrate Judge
Printed name and title

# AFFIDAFIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lance Jardot, (hereafter referred to as affiant), being duly sworn, depose and state as follows:

## INTRODUCTION

Your affiant has been a Special Agent of the Drug Enforcement Administration (DEA) since February 2017, currently assigned to the Detroit Field Division, Columbus District Office. As such, your affiant is an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. Your affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of 21 U.S.C. § 878.

Your affiant holds a Bachelor's Degree in Interdisciplinary Studies (Criminal Justice & Natural Sciences).

Prior to being employed by the DEA, your affiant was employed as a Special Agent for the Oklahoma Bureau of Narcotics (OBN). Your affiant has accumulated the following training and experience:

(a) Your affiant has completed the DEA Basic Agent Training Academy; the Oklahoma Council on Law Enforcement Education and Training Basic Police Training Academy; and the Oklahoma Bureau of Narcotics – Basic Narcotics Investigator's Course.

(b) Your affiant's specialized narcotics-related training includes drug identification, interview and interrogation, managing informants, undercover operations, conspiracy investigations, surveillance and electronic monitoring techniques, tactical application of narcotics enforcement, search and seizure law, pharmaceutical diversion, clandestine drug labs, marijuana cultivation and money laundering investigations. Your affiant receives training on a daily basis by conducting criminal narcotic investigations and drawing on the expertise of agents more experienced than your affiant.

(c) As a DEA Special Agent, your affiant's experience includes conducting and/or participating in the following: criminal arrests, interviewing drug users and drug distributors, undercover drug buys involving both confidential sources and undercover law enforcement agents, conducting surveillance, trash seizures, and executing search and seizure warrants.

The information set forth in this affidavit comes from your affiant's personal involvement in this investigation, as well as information provided to your affiant by other law enforcement officers. This affidavit is intended to show only that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this investigation.

## PROBABLE CAUSE

1. On September 24, 2019, at approximately 11:02 p.m., as part of an on-going narcotics investigation, Ohio State Highway Patrol Trooper Mike Wilson observed a blue 2013 Honda CRV bearing Ohio license plate HHB9492 exiting State Route 315 northbound at Henderson Road in Columbus, Ohio. Trooper Wilson observed the Honda CR-V fail to properly stop for a red traffic light and activated the emergency lights on his vehicle, signaling the driver to stop at Henderson Road and Olentangy River Road, located in the Southern District of Ohio.

2. After Trooper Wilson approached the Honda CR-V, he identified the driver and sole occupant as Daniel James FEARON, the vehicle's registered owner.

3. Trooper Wilson asked FEARON to step back to his vehicle to run a license check, and as Trooper Wilson was gathering information from FEARON, Ohio State Highway Patrol Trooper Lindsey Barrett arrived on scene with her drug detecting canine. As Trooper Wilson was gathering information from FEARON, Trooper Barrett's K-9 conducted a sniff of FEARON's vehicle and the canine positively alerted to the odor of narcotics coming from the Honda CR-V. Trooper Wilson then read FEARON his Miranda Rights.

4. Troopers Wilson and Barrett then conducted a probable cause search of the Honda CR-V. Trooper Wilson located a duffle bag on the driver's side rear seat that contained approximately 4 pounds of marijuana in vacuum sealed bags. Trooper Barrett discovered a stuffed animal that felt as if it had something concealed within it. Upon further examination, Trooper Barrett discovered a vacuum sealed bag containing tablets of suspected MDMA concealed inside the stuffed animal.

5. Upon returning to speak with FEARON, Trooper Wilson asked about the stuffed animal and the tablets contained within. FEARON admitted to Trooper Wilson that the tablets were ecstasy, also known as MDMA, and there were approximately 1,000 tablets in the bag, a quantity of narcotics consistent with possession with the intent to distribute.

6. Trooper Wilson placed FEARON under arrest and transported FEARON to the DEA Columbus District Office for processing.

7. Upon returning to the Columbus District Office, the MDMA tablets were weighed (350 gross grams)

8. Based upon the above information, your affiant submits there is probable cause to believe that Daniel James FEARON possessed with the intent to distribute MDMA, in violation of 21 U.S.C. § 841.

_____
Lance Jardot
Special Agent
Drug Enforcement Administration

Subscribed and sworn before me this 25th day of September, 2019.

_____
Honorable Kimberly A. Jolson
United States Magistrate Judge
Southern District of Ohio